# PERKINSCOIE

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

☎ +1.212.262.6900
📠 +1.212.977.1649
PerkinsCoie.com

November 29, 2022

Rachel Mechanic
RMechanic@perkinscoie.com
D. +1.212.261.6811
F. +1.212.399.8081

**VIA ECF**

Honorable John G. Koeltl
United State District Court
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.

11/29/22

**Re:** *Luis Toro v. Davlins, Inc.* - Docket No. 1:22-cv-08321

Dear Judge Koeltl:

We represent Defendant, Davlins, Inc., in the above-captioned matter. We write pursuant to Local Rules 7.1(d) and 5.2(b) and Your Honor's Individual Rule I. E. to respectfully request a second extension of time for Defendant to answer or otherwise respond to the Complaint in this matter.

The current deadline to respond to the Complaint is **December 1, 2022**. Defendant requests an extension to answer or otherwise respond to the Complaint, to **January 3, 2022**. This is Defendant's second request for an extension of this deadline. The Court granted Defendant's first request for an extension. The parties are engaged in discussions regarding the potential resolution of this matter and Defendant makes this second request for an extension to give the parties additional time to engage in those discussions. Defendant has conferred with counsel for Plaintiff, Mars Khaimov, and counsel has consented to this request for an extension.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Rachel Mechanic*
Rachel Mechanic

cc:     All Counsel of Record (via ECF)