# PerkinsCoie

1155 Avenue of the Americas  +1.212.262.6900
22nd Floor  +1.212.977.1649
New York, NY 10036-2711  PerkinsCoie.com

December 29, 2022

Rachel Mechanic
RMechanic@perkinscoie.com
D. +1.212.261.6811
F. +1.212.399.8081

**VIA ECF**

**APPLICATION GRANTED. SO ORDERED.**

Honorable John G. Koeltl
United State District Court
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

New York, New York
December 30, 2022

/s/ John G. Koeltl
U.S.D.J.

Re: *Luis Toro v. Davlins, Inc.* - Docket No. 1:22-cv-08321

Dear Judge Koeltl:

We represent Defendant, Davlins, Inc., in the above-captioned matter. We write pursuant to Local Rules 7.1(d) and 5.2(b) and Your Honor's Individual Rule I. E. to respectfully request a third extension of time for Defendant to answer or otherwise respond to the Complaint in this matter.

The current deadline to respond to the Complaint is **January 3, 2022** [2023]. Defendant requests an extension to answer or otherwise respond to the Complaint, to **February 2, 2022** [2023]. This is Defendant's third request for an extension of this deadline. The Court granted Defendant's first and second requests for an extension. The parties continue to engage in discussions regarding the potential resolution of this matter and Defendant makes this third request for an extension to give the parties additional time to engage in those discussions. Defendant has conferred with counsel for Plaintiff, Mars Khaimov, and counsel has consented to this request for an extension.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Rachel Mechanic*
Rachel Mechanic

cc: All Counsel of Record (via ECF)