**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUIS TORO, on behalf of himself and all others similarly situated,<br><br>      Plaintiffs,<br><br>  -against-<br><br>DAVLIN'S, INC.<br><br>      Defendant. | Case No.  1:22-cv-8321<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL**<br>**WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Forest Hills, New York
    April 18, 2023

                   Respectfully Submitted,

                   **/s/ Mars Khaimov**
             By: Mars Khaimov, Esq.
               108-26 64th avenue, Second Floor
               Forest Hills, New York 11375
               Tel (929) 324-0717
               Fax (929) 333-7774
               Email: mars@khaimovlaw.com
               *Attorney for Plaintiff*